# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joey James Levy | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), v. | 5:20-CV-02097-VBF(SP) |
| California Department of Corrections and Rehabilitations, et al., DEFENDANT(S). | **JUDGMENT** **(Failure to Pay Full Filing Fee)** |

    On _December 28, 2020_, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

    By Order to Show Cause dated _August 26, 2021_, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ initial partial filing fee within the time allowed.

    THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

October 27, 2021

Date

*Valerie Baker Fairbank*

United States District Judge

Presented by:

United States Magistrate Judge